[No. 17249-6-II.   Division Two.   December 1, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY SNAPE, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00071-3, James D. Roper, J., entered June 16, 1993. *Reversed* by unpublished per curiam opinion.

[No. 16271-7-II.   Division Two.   December 1, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL LONG, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-00333-5, D. Gary Steiner, J., entered June 17, 1992. *Reversed* by unpublished per curiam opinion.

[No. 12562-9-III.   Division Three.   December 2, 1993.]

DONALD M. REID, *Appellant*, v. BURLINGTON NORTHERN RAILROAD COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-02765-4, Harold D. Clarke, J., entered June 12, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Small, J. Pro Tem.